372 A.2d 840

Commonwealth v. Logan, Appellant.

Submitted September 13, 1976. James J. DeMarco, for appellant; Jane Cutler Greenspan and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 840

Commonwealth, Appellant, v. Mazzei.

Submitted June 14, 1976. Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellant; John Rogers Carroll, for appellee.

Order affirmed on the opinion of the court below.

HOFFMAN, J., would affirm.

JACOBS and PRICE, JJ., dissent.